In the Matter of the Accounting of THE FARMERS' LOAN AND TRUST COMPANY, as Trustee under the Will of JABEZ A. BOSTWICK, Deceased, Respondent.

ALBERT C. BOSTWICK et al., Appellants; MARIE S. GILBERT, Individually and as Executrix of ALBERT C. BOSTWICK, Deceased, Respondent.

(Submitted October 8, 1923; decided October 16, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 242.)

---

In the Matter of the Petition of the TOWN BOARD OF THE TOWN OF CUBA et al., Respondents.

ERIE RAILROAD COMPANY, Appellant.

*Jurisdiction — public service commission — petition by town board and board of supervisors for change in railroad crossing of state highway.*

*Matter of Town Board of Town of Cuba,* 203 App. Div. 876, affirmed.

(Argued October 3, 1923; decided October 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1922, which affirmed an order of the public service commission directing the alteration of a certain existing highway undercrossing of the Erie railroad in the town of Cuba, Allegany county, N. Y. The only question argued on the appeal was the question of the jurisdiction of the public service commission to make this final order directing the changes in this crossing. The question of jurisdiction involved the construction of sections 91 and 94 of the Railroad Law, it being the contention of the appellant that this being a state highway, the proceeding could only be instituted by a petition filed by the state commission of highways, and could not be so instituted by the petition of the town board of Cuba, representing a municipality which had no control over the highway, did not maintain it, and was not

chargeable with any part of the expense of the crossing change directed.

*Halsey Sayles* for appellant.

*Walter N. Renwick* and *Harry E. Keller* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

JUAN CHEMELLO, Appellant, *v.* EMANUEL ENDLICH et al., Respondents.

*Practice — consolidation of actions.*

*Chemello* v. *Endlich*, 206 App. Div. 757, affirmed.
(Argued October 3, 1923; decided October 23, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1923, which affirmed an order of Special Term granting a motion for the consolidation of two actions.

The following question was certified: " Upon the record herein, was the court authorized, pursuant to the provisions of section 96 of the Civil Practice Act, to grant the motion made by the defendants herein to consolidate this action with an action pending in the same court entitled " H. Bernard Cohen, plaintiff, against Steneck Trust Co., defendant?"

*Franklin Bien* and *Bennett E. Siegelstein* for appellant.

*Gustave A. Teitelbaum* and *Louis Jay* for Emanuel Endlich et al., respondents.

*Edward D. Bryde* for Steneck Trust Company, respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.